# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3197
_____

Olga Yolanda Reyes-Bercian

*Petitioner*

v.

Jefferson B. Sessions, III,[1] Attorney General of the United States

*Respondent*
_____

Petition for Review of an Order of the
Board of Immigration Appeals
_____

Submitted: July 6, 2017
Filed: July 21, 2017
[Unpublished]
_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Guatemalan citizen Olga Reyes-Bercian petitions for review of an order of the Board of Immigration Appeals dismissing her appeal from the decision of an

_____

[1]Jefferson B. Sessions, III has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

immigration judge that denied Reyes's application for withholding of removal and relief under the Convention against Torture.[2]  Our review of the record satisfies us that substantial evidence supports the denial of relief.  See De Castro-Gutierrez v. Holder, 713 F.3d 375, 379 (8th Cir. 2013).  The petition is denied.  See 8th Cir. R. 47B.

_____

[2]Reyes's asylum claim is not before this panel.